FIRST DEPARTMENT, AUGUST, 1973

(August 2, 1973)

In the Matter of ROBERT BLOOM, Petitioner.— Motion for enlargement of time denied, and the appeal dismissed, *sua sponte,* on the ground that the appeal was improper and that the proper procedure is review under CPLR article 78 (Judiciary Law, § 755). Order filed. Concur — Stevens, P. J., Markewich, Kupferman, Murphy and Tilzer, JJ.